| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | ANNE M. ROGASKI (State Bar No. 184754) |
| 2 | 1080 Marsh Road |
| | Menlo Park, CA  94025 |
| 3 | Telephone:  (650) 326-2400 |
| | Facsimile:  (650) 326-2422 |
| 4 | Email:  arogaski@kilpatricktownsend.com |
| 5 | Attorneys for Plaintiff |
| | MEI 3D, LLC |
| 6 | |
| | COVINGTON & BURLING LLP |
| 7 | ANITA F. STORK (State Bar No. 142265) |
| | One Front Street, 35th Floor |
| 8 | San Francisco, CA  94111 |
| | Telephone:  (415) 591-6000 |
| 9 | Facsimile:  (415) 591-6091 |
| | Email:  astork@cov.com |
| 10 | |
| | Attorneys for Defendants |
| 11 | POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., |
| | SAFILO USA, INC., SAFILO GROUP S.P.A. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI 3D, LLC, | **CASE NO. CV 12-01321 JCS** |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A. and DOES 1-5, INCLUSIVE, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

WHEREAS, Plaintiff, MEI 3D, LLC ("MEI 3D") filed a Complaint for Patent Infringement on March 16, 2012 and First Amended Complaint for Patent Infringement on April 6, 2012;

WHEREAS, MEI 3D served Defendants Polaroid Eyewear U.S., LLC ("Polaroid"), Safilo



1  America, Inc. ("Safilo America") and Safilo USA, Inc. ("Safilo USA") with the Summons and
2  First Amended Complaint for Patent Infringement ("First Amended Complaint") on April 9, 2012.
3      WHEREAS, Savilo Group S.p.A. ("Safilo Group") has not yet been served with the
4  Summons and First Amended Complaint;
5      WHEREAS, counsel for Defendants has agreed to accept service on the Safilo Group's
6  behalf; and
7      WHEREAS, MEI 3D has, in exchange, agreed to an extension of 60 days for all
8  Defendants to answer or otherwise respond to the First Amended Complaint.
9      IT IS THEREBY STIPULATED, by and between counsel for MEI 3D and Defendants
10  pursuant to Local Rule 6-1 that the time in which Defendants may answer or otherwise respond to
11  the Amended Complaint in the above-referenced proceeding shall be extended to and include June
12  29, 2012.
13      IT IS FURTHER STIPULATED, by and between counsel for MEI 3D and Defendants that
14  Safilo Group shall be deemed as having been duly served with the Summons and First Amended
15  Complaint.

16
17  DATED: April 27, 2012    Respectfully submitted,
                                     KILPATRICK TOWNSEND & STOCKTON LLP
18
19
20                                    By:  */s/ Anne M. Rogaski*
                                     ANNE M. ROGASKI
                                     Attorneys for Plaintiff
21                                       MEI 3D, LLC
22  DATED: April 27, 2012    Respectfully submitted,
23                                       COVINGTON & BURLING LLP
24
25                                    By:  */s/ Anita F. Stork*
                                     ANITA F. STORK
26                                       Attorneys for Defendants
                                     POLAROID EYEWEAR U.S., LLC, SAFILO
27                                       AMERICA, INC., SAFILO USA, INC., SAFILO
                                     GROUP S.P.A.
28



**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Anita F. Stork.

DATED: April 27, 2012        KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Anne M. Rogaski*
ANNE M. ROGASKI
Attorneys for Plaintiff
MEI 3D, LLC

64023601 v1

Dated: May 1, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA