KILPATRICK TOWNSEND & STOCKTON LLP
ANNE M. ROGASKI (State Bar No. 184754)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:  arogaski@kilpatricktownsend.com

Attorneys for Plaintiff
MEI 3D, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI 3D, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A. and DOES 1-5, INCLUSIVE,<br><br>          Defendant. | **CASE NO. 3:12-CV-01321 JCS**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to proceed before United States Magistrate Judge Joseph C. Spero to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  May 4, 2012              Respectfully submitted,
                                 KILPATRICK TOWNSEND & STOCKTON LLP


                                 By:  */s/ Anne M. Rogaski*
                                      ANNE M. ROGASKI
                                 Attorneys for Plaintiff
                                 MEI 3D, LLC

64229841v.1

