United States District Court
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   MEI 3D, LLC.,                              No. C 12-01321 (JCS)
8              Plaintiff(s),
                                               CLERK'S NOTICE
9        v.
10  POLAROID EYEWEAR U.S., LLC.,
11             Defendant(s).
    _____/
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14
15  YOU ARE NOTIFIED THAT the initial case management conference previously noticed for June
16  29, 2012, at 1:30 p.m., has been rescheduled to **July 13, 2012, at 1:30 p.m.,** before Magistrate Judge
17  Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.     The joint
18  case management conference statement shall be due by July 6, 2012.  Any party requesting a
19  continuance shall submit a stipulation and proposed order.
20
21
22  Dated:  May 8, 2012
23                                             FOR THE COURT,
                                               Richard W. Wieking, Clerk
24
25                                     by:  *Karen L. Hom*
                                           _____
26                                            Karen L. Hom
                                              Courtroom Deputy
27
28