ANITA F. STORK (SBN 142265)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091
E-mail: astork@cov.com

Attorneys for Defendants
POLAROID EYEWEAR U.S., LLC
SAFILO AMERICA, INC.
SAFILO USA, INC.
SAFILO GROUP S.P.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI 3D, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A. and DOES 1-5, INCLUSIVE,<br><br>    Defendants. | Civil Case No.: 3:12-CV-01321 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

    Defendants Polaroid Eyewear U.S., LLC, Safilo America, Inc., Safilo USA, Inc., and Safilo Group S.p.A. hereby decline to consent to the assignment of this case to a United

///

///

///

///

///

///

States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: May 11, 2012

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Anita F. Stork
    ANITA F. STORK

Attorneys for Defendants
POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A.