IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI 3D, LLC.,

    Plaintiff,

v.

POLAROID EYEWEAR U.S., LLC.,

    Defendant.

CASE NO. C 12-01321(LHK)

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

James R. Warnot, Jr., whose business address and telephone number is Linklaters, LLP, 1345 Avenue of the Americas, New York, NY 10105
Tel: 212-903-9028

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Polaroid Eyewear U.S., LLC., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 17, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge