COVINGTON & BURLING LLP
ANITA F. STORK (State Bar No. 142265)
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: astork@cov.com

LINKLATERS LLP
JAMES R. WARNOT, JR. (*Pro hac vice*)
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: james.warnot@linklaters.com


Attorneys for Defendants Polaroid Eyewear,
U.S., LLC, Safilo America, Inc., Safilo USA,
Inc., and Safilo Group S.p.A.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MEI 3D, LLC,<br><br>            Plaintiffs,<br><br>        v.<br><br>POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A., and DOES 1-5, INCLUSIVE,<br><br>             Defendants. | Case No. CV 12-01321 LHK<br><br>**DECLARATION OF ANITA F. STORK** |

# DECLARATION OF ANITA F. STORK

1.      I am a partner in the law firm of Covington & Burling LLP, co-counsel of record for Polaroid Eyewear, U.S., LLC ("Polaroid"), Safilo America, Inc. ("Safilo America"), Safilo USA, Inc., and Safilo Group S.p.A. (together, "Defendants") in this action.  I am licensed to practice law in the State of California.  Unless otherwise stated, the matters set forth herein are true and correct of my own personal knowledge and if called upon, I could and would testify competently thereto.

2.      Defendants intended to file Defendants' Answer to Plaintiff's First Amended Complaint for Patent Infringement on Friday, June 29, 2012.  However, due to technical difficulties that caused the ECF system to be unavailable on June 29, Defendants were unable to file their answer.  Pursuant to General Order 45.VI.E., my assistant attempted to file the accompanying answer electronically at least two times after 12:00 noon, separated by at least one hour, on June 29, 2012.  The attempts were unsuccessful due to the unavailability of the ECF system.  Accordingly, we are filing the answer and this declaration today, the first business day following June 29, 2012.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed on July 2, 2012, in San Francisco, California.

/s/ *Anita F. Stork*
Anita F. Stork