1 | KILPATRICK TOWNSEND & STOCKTON LLP
ANNE M. ROGASKI (State Bar No. 184754)
2 | 1080 Marsh Road
Menlo Park, CA 94025
3 | Telephone: (650) 326-2400
Facsimile: (650) 326-2422
4 | Email: arogaski@kilpatricktownsend.com

5 | Attorneys for Plaintiff
MEI 3D, LLC
6 |

7 | COVINGTON & BURLING LLP
ANITA F. STORK (State Bar No. 142265)
One Front Street, 35th Floor
8 | San Francisco, CA 94111
Telephone: (415) 591-6000
9 | Facsimile: (415) 591-6091
Email: astork@cov.com
10 |

11 | LINKLATERS LLP
JAMES R. WARNOT, JR. (*Pro hac vice*)
1345 Avenue of the Americas
12 | New York, NY 10105
Telephone: (212) 903-9000
13 | Facsimile: (212) 903-9100
Email: james.warnot@linklaters.com
14 |

15 | Attorneys for Defendants
POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC.,
SAFILO USA, INC., SAFILO GROUP S.P.A.
16 |

17 | UNITED STATES DISTRICT COURT

18 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 | SAN JOSE DIVISION

| | |
|---|---|
| MEI 3D, LLC, | **CASE NO. CV 12-01321 LHK** |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A. and DOES 1-5, INCLUSIVE, | Current Date:    August 8, 2012<br>Time:                2:00 p.m.<br>Courtroom:      8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | **DEMAND FOR JURY TRIAL** |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-2(e), Plaintiff, MEI 3D, LLC ("MEI 3D") and Defendants



Polaroid Eyewear U.S., LLC, Safilo America, Inc. and Safilo USA, Inc. and Safilo Group S.p.A (together, "Defendants") jointly request an order continuing the case management conference scheduled for August 8, 2012 before the Honorable Judge Lucy H. Koh by three weeks. In support of this request, the parties provide as follows:

1.    The parties are engaged in discussions in an attempt to resolve this matter without further litigation;

2.    The parties have stipulated to continue the case schedule by three weeks to enable them to complete those discussions;

3.    The case schedule deadlines affected by this postponement are:

| Deadline | Existing Date | Proposed Date |
|---|---|---|
| Rule 26(f) Conference | July 18, 2012 | August 7, 2012 |
| Filing of ADR Certification | July 18, 2012 | August 7, 2012 |
| Submission of Joint Case Management Statement | August 1, 2012 | August 22, 2012 |
| Case Management Conference | August 8, 2012 | August 29, 2012, or as soon thereafter as is convenient for the Court |

///

///



1      4.      The parties make this request in good faith and without any intent of causing undue

2  delay.

3

4  DATED:    July 19, 2012              Respectfully submitted,

                                        KILPATRICK TOWNSEND & STOCKTON LLP
5

6
                                        By:  /s/ Anne M. Rogaski
7                                          ANNE M. ROGASKI
                                           Attorneys for Plaintiff
8                                          MEI 3D, LLC

9
   DATED:    July 19, 2012              Respectfully submitted,
10
                                        COVINGTON & BURLING LLP
11

12
                                        By:  /s/ Anita F. Stork
13                                         ANITA F. STORK
                                           Attorneys for Defendants
14                                         POLAROID EYEWEAR U.S., LLC, SAFILO
                                           AMERICA, INC., SAFILO USA, INC., SAFILO
15                                         GROUP S.P.A.

16

17

18

19

20

21

22

23

24

25

26

27

28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

penalty of perjury that concurrence in the filing of the document has been obtained from Anita F.

Stork.

DATED:   July 19, 2012          KILPATRICK TOWNSEND & STOCKTON LLP


By:  */s/ Anne M. Rogaski*
ANNE M. ROGASKI
Attorneys for Plaintiff
MEI 3D, LLC

64434766v.1



1  KILPATRICK TOWNSEND & STOCKTON LLP
   ANNE M. ROGASKI (State Bar No. 184754)
2  1080 Marsh Road
   Menlo Park, CA  94025
3  Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422
4  Email:  arogaski@kilpatricktownsend.com

5  Attorneys for Plaintiff
   MEI 3D, LLC
6

                    UNITED STATES DISTRICT COURT
7
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                         SAN JOSE DIVISION
9

10 | MEI 3D, LLC,                          | CASE NO. CV 12-01321 LHK
   |                                       |
11 |               Plaintiff,              | **[PROPOSED]** ORDER GRANTING
   |                                       | JOINT STIPULATION TO CONTINUE
12 |          v.                           | CASE MANAGEMENT CONFERENCE
   |                                       |
13 | POLAROID EYEWEAR U.S., LLC,           | Current Date:    August 8, 2012
   | SAFILO AMERICA, INC., SAFILO USA,     | Time:            2:00 p.m.
14 | INC., SAFILO GROUP S.P.A. and DOES 1- | Courtroom:       8, 4th Floor
   | 5, INCLUSIVE,                         | Judge:  Hon. Lucy H. Koh
15 |                                       |
   |               Defendants.             | **DEMAND FOR JURY TRIAL**
16

17         For the reasons set forth in the Parties' joint stipulated request, it is hereby ordered that the

18 Case Management Conference before the Court currently set for Wednesday, August 8, 2012 at

19 2:00 p.m., is continued to September 12, 2012 at **2:00 p.m.**  It is further ordered that the following

20 dates are continued as follows:

21

| Deadline | Existing Date | ~~Proposed~~ Date |
|----------|---------------|-------------------|
| Rule 26(f) Conference | July 18, 2012 | August ~~7~~ 21, 2012 |
| Filing of ADR Certification | July 18, 2012 | August ~~7~~ 21, 2012 |
| Submission of Joint Case Management Statement | August 1, 2012 | ~~August 22, 2012~~ September 5, 2012 |

27

28



1   IT IS SO ORDERED.

2

3   Dated: __July 31_____, 2012   _Lucy H. Koh_____

4                                    Hon. Lucy H. Koh
                                     United States District Judge
5

6

7
    64434998v.1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

