COVINGTON & BURLING LLP
ANITA F. STORK (State Bar No. 142265)
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: astork@cov.com

LINKLATERS LLP
JAMES R. WARNOT, JR. (*Pro hac vice*)
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: james.warnot@linklaters.com

Attorneys for Defendants Polaroid Eyewear,
U.S., LLC, Safilo America, Inc., Safilo USA,
Inc., and Safilo Group S.P.A.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------x

MEI 3D, LLC,

                                    Plaintiffs,

            v.

POLAROID EYEWEAR U.S., LLC, SAFILO
AMERICA, INC., SAFILO USA, INC.,
SAFILO GROUP S.P.A., and DOES 1-5,
INCLUSIVE,

                                    Defendants.

-------------------------------------------x

Case No. CV 12-01321 LHK

**DEFENDANTS'
CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS**

           Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned

certifies that the following listed persons, associations of persons, firms, partnerships,

corporations (including parent corporations) or other entities (i) have a financial interest in the

subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

1   in the subject matter or in a party that could be substantially affected by the outcome of the

2   proceeding:

3

4   <u>Name of Interested Entity:</u>                    <u>Connection/Interest:</u>
    Multibrands Italy B.V.                           Owns 42.23 percent of Safilo Group
5                                                    S.p.A's stock

6
    Dated:       August 9, 2012
7                                                    Respectfully submitted,

8                                                    COVINGTON & BURLING LLP

9
                                                     By:    */s/ Anita F. Stork*
10                                                          Anita F. Stork

11

12
                                                     Attorneys for Defendants Polaroid Eyewear,
13                                                   U.S., LLC, Safilo America, Inc., Safilo USA,
                                                     Inc., and Safilo Group S.P.A.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
    Case No. Case No. CV 12-01321