COVINGTON & BURLING LLP
ANITA F. STORK (State Bar No. 142265)
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: astork@cov.com

LINKLATERS LLP
JAMES R. WARNOT, JR. (*Pro hac vice*)
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
Email: james.warnot@linklaters.com

Attorneys for Defendants Polaroid Eyewear, U.S., LLC, Safilo America, Inc., Safilo USA, Inc., and Safilo Group S.P.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI 3D, LLC,<br><br>                Plaintiffs,<br><br>                v.<br><br>POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A., and DOES 1-5, INCLUSIVE,<br><br>                Defendants. | Case No. CV 12-01321 LHK<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

**RULE 7.1 DISCLOSURE STATEMENT**
Case No. Case No. CV 12-01321

1 | Pursuant to Federal Rule of Civil Procedure 7.1 Defendants Polaroid Eyewear, U.S., LLC, Safilo America, Inc. Safilo USA, Inc., and Safilo Group S.P.A. (together, "Defendants"), through their undersigned counsel, make the following disclosures:

Safilo Group S.P.A. is a stock corporation organized under the laws of Italy. Shares issued by Safilo Group S.P.A are listed on Borsa Italiana (Reuters "SAFLF.PK" / Bloomberg "SFL: IM").  It does not have any parent corporation or any publicly held corporation owning ten percent (10 %) or more of its stock.

Safilo America, Inc. is a stock corporation organized under the laws of Delaware and is an indirect wholly owned subsidiary of Safilo Group S.p.A.

Safilo USA, Inc. is a stock corporation organized under the laws of New Jersey and is a wholly owned subsidiary of Safilo America, Inc.

Polaroid Eyewear, U.S., LLC is a stock corporation organized under the laws of Florida and is a wholly owned subsidiary of Safilo USA, Inc.

Dated:     August 9, 2012

Respectfully submitted,

COVINGTON & BURLING LLP

By:     */s/ Anita F. Stork*
          Anita F. Stork

Attorneys for Defendants Polaroid Eyewear, U.S., LLC, Safilo America, Inc., Safilo USA, Inc., and Safilo Group S.P.A.

**RULE 7.1 DISCLOSURE STATEMENT**
Case No. Case No. CV 12-01321