United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | MEI 3D, LLC,                          ) Case No.: 12-CV-01321-LHK
                                           )
12 |                       Plaintiff,      ) ORDER DIRECTING PARTIES TO FILE
            v.                             ) A JOINT CASE MANAGEMENT
13 |                                       ) STATEMENT
                                           )
14 | POLAROID EYEWEAR U.S., LLC; SAFILO    )
     AMERICA, INC.; SAFILO USA, INC.;      )
15 | SAFILO GROUP S.P.A., and DOES 1-5,    )
     inclusive,                            )
16 |                                       )
                           Defendants.     )
17 | ――――――――――――――――――――――――――――――――――――)

18        The parties have failed to file an initial Joint Case Management Statement 7 days in

19 advance of the case management conference set for September 12, 2012, as required under Federal

20 Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The parties are hereby ORDERED to

21 file one joint case management statement by Friday, September 7, 2012.

22 **IT IS SO ORDERED.**

23

24 Dated: September 6, 2012                    _Lucy H. Koh_____

25                                              LUCY H. KOH
                                                United States District Judge
26

27

28

                                            1