KILPATRICK TOWNSEND & STOCKTON LLP
Anne M. Rogaski (State Bar No. 184754)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:  arogaski@kilpatricktownsend.com

Attorneys for Plaintiff
MEI 3D, LLC

COVINGTON & BURLING LLP
ANITA F. STORK (State Bar No. 142265)
One Front Street, 35th Floor
San Francisco, CA  94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email:  astork@cov.com

LINKLATERS LLP
JAMES R. WARNOT, JR. (*Pro hac vice*)
1345 Avenue of the Americas
New York, NY  10105
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100
Email:  james.warnot@linklaters.com

Attorneys for Defendants
Polaroid Eyewear U.S., LLC, Safilo America, Inc.,
Safilo USA, Inc., Safilo Group S.p.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEI 3D, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>POLAROID EYEWEAR U.S., LLC, SAFILO AMERICA, INC., SAFILO USA, INC., SAFILO GROUP S.P.A. and DOES 1-5, INCLUSIVE,<br><br>            Defendants. | **CASE NO. CV 12-01321 LHK**<br><br>**[PROPOSED] JOINT STIPULATION FOR DISMISSAL** |

**WHEREAS**, Plaintiff MEI 3D, LLC ("MEI 3D") filed a Complaint for Patent

Infringement on March 16, 2012 and a First Amended Complaint for Patent Infringement on April



1  6, 2012 against Polaroid Eyewear U.S., LLC, Safilo America, Inc., Safilo USA, Inc., Safilo Group S.p.A. (collectively "Defendants"); and

**WHEREAS**, Defendants filed an Answer to MEI 3D's First Amended Complaint for Patent Infringement on July 7, 2012;

**IT IS HEREBY STIPULATED**, by and between counsel for MEI 3D and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1), that this action be dismissed in its entirety without prejudice, with each party to bear its own costs.

DATED:   September 6, 2012         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ Anne M. Rogaski*
     ANNE M. ROGASKI
     Attorneys for Plaintiff
     MEI 3D, LLC

DATED:   September 6, 2012         Respectfully submitted,

COVINGTON & BURLING LLP

By:  */s/ Anita F. Stork*
     ANITA F. STORK
     Attorneys for Defendants
     POLAROID EYEWEAR U.S., LLC, SAFILO
     AMERICA, INC., SAFILO USA, INC., SAFILO
     GROUP S.P.A.



1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  The Clerk shall close this file.

3

4  DATED: _____  _____
THE HONORABLE LUCY H. KOH



[PROPOSED] JOINT STIPULATION FOR DISMISSAL
CASE NO. CV 12-01321 LHK — - 3 -

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Anita F. Stork.

DATED: September 6, 2012  KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Anne M. Rogaski*
ANNE M. ROGASKI
Attorneys for Plaintiff
MEI 3D, LLC

64506961v.1

